# EXHIBIT G



Deposition of
# Vipin Shah, M.D.

**Date:** October 29, 2020

**Case:** Brian Buchanan v. Mohammed Siddique and Vipin Shah

**No.** 3:19-CV-199-MAB

**Court Reporter:** Ann Marie Hollo, CSR, RDR, CRR

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
www.spreporting.com

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS


BRIAN BUCHANAN,                        )

                                       )

              Plaintiff,               )

                                       )

              vs.                      ) Case No. 3:19-CV-199-MAB

                                       )

MOHAMMED SIDDIQUE and VIPIN SHAH,      )

                                       )

              Defendants.              )



DEPOSITION OF VIPIN SHAH, M.D.

TAKEN ON BEHALF OF THE PLAINTIFF

OCTOBER 29, 2020



Ann Marie Hollo, CSR, RDR, CRR

**Vipin Shah, M.D.**
**October 29, 2020**

Page 2

1       QUESTIONS BY:                              PAGE

2    MR. HATCHER                                      5

3

4

5

6                        INDEX OF EXHIBITS

7
     EXHIBIT                                        PAGE
8
9    Exhibit 19                                      17

10   Exhibit 20                                      43

11

12        (The original exhibits were retained by the

13   court reporter to be attached to the original and

14   copy of the transcript.)

15

16

17

18

19

20

21

22

23

24

25

**Vipin Shah, M.D.**
**October 29, 2020**

Page 3

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ILLINOIS
2
     BRIAN BUCHANAN,                    )
3                                       )
                     Plaintiff,         )
4                                       )
                     vs.                ) Case No. 3:19-CV-199-MAB
5                                       )
     MOHAMMED SIDDIQUE and VIPIN SHAH,  )
6                                       )
                     Defendants.        )
7

8

9            DEPOSITION OF VIPIN SHAH, M.D.,

10   produced, sworn, and examined on OCTOBER 29, 2020,

11   between the hours of 1:00 o'clock in the afternoon

12   and fifty minutes after one o'clock in the afternoon

13   of that day, at Vandalia Correctional Center, Route

14   51 North, Vandalia, Illinois 62471, before Ann Marie

15   Hollo, CSR, RDR, CRR, in a certain cause now pending

16   IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

17   DISTRICT OF ILLINOIS, wherein BRIAN BUCHANAN is the

18   Plaintiff, and MOHAMMED SIDDIQUE and VIPIN SHAH are

19   the Defendants.

20

21

22

23

24

25

**Vipin Shah, M.D.**
**October 29, 2020**

Page 4

1               A P P E A R A N C E S

2                    For the Plaintiff:

3                    Mr. Ryan M. Hatcher
                     FOLEY & MANSFIELD, P.L.L.P.
4                    101 South Hanley Road
                     Suite 600
5                    St. Louis, Missouri 63105
                     (314) 925-5700
6                    rhatcher@foleymansfield.com

7

8                    For the Defendants:

9
                     Ms. Katherine A. Melzer
10                   SANDBERG, PHOENIX & VON GONTARD, P.C.
                     600 Washington Avenue
11                   15th Floor
                     St. Louis, Missouri 63101-1313
12                   (314) 231-3332
                     kmelzer@sandbergphoenix.com
13

14

15

16    The Court Reporter:

17    Ann Marie Hollo, CSR, RDR, CRR
      Illinois CSR No. 084-003476
18    Paszkiewicz Court Reporting
      26 Ginger Creek Parkway
19    Glen Carbon, Illinois 62034
      (618) 307-9320

20

21

22

23

24

25

**Vipin Shah, M.D.**
**October 29, 2020**

Page 5

1        IT IS HEREBY STIPULATED AND AGREED, by and

2    between counsel for Plaintiff and counsel for

3    Defendants that the deposition may be taken in

4    shorthand by Ann Marie Hollo, RDR/CRR, a Certified

5    Shorthand Reporter, and afterwards transcribed into

6    typewriting; and the signature of the witness is

7    expressly waived.

8                        * * * * *

9                   VIPIN SHAH, M.D.,

10   of lawful age, being produced, sworn, and examined

11   on behalf of the Plaintiff, deposes and says:

12   (Starting time of the deposition is:   1:00 p.m.)

13                  DIRECT EXAMINATION

14   BY MR. HATCHER

15       Q.   Good afternoon, sir.

16       **A.   Good afternoon.**

17       Q.   My name is Ryan Hatcher.  I'm going to be

18   taking your deposition today.

19            I am wearing a mask, and I am some

20   distance away from you.  Can you hear me okay?

21       **A.   Yes.**

22       Q.   And you are speaking up loudly and

23   clearly, and I appreciate that.

24            It probably is helpful if you face the

25   court reporter, if you want, while I ask the

**Vipin Shah, M.D.**
**October 29, 2020**

Page 6

1    questions.

2         **A.    Yes, sir.**

3         Q.    Can you state your full name, please.

4         **A.    Dr. Vipin K. Shah.**

5              MR. HATCHER:  Do you need the middle

6    name?

7              THE REPORTER:  Yes.

8              THE DEPONENT:  Like Kansas City,

9    Vipin K. Shah.

10   BY MR. HATCHER

11        Q.    And, Doctor, can you tell me a little bit

12   about your educational background?

13        **A.    I did medical school in India.  I**

14   **graduated in '71.  I entered medical school in '66.**

15   **I did one year working in an internship in India and**

16   **then did some practice before I came.**

17             **I came to the states in December of '73.**

18   **I did a one-year internship at St. Mary's Hospital**

19   **in Chicago and two years residency at Presbyterian**

20   **St. Luke, and then I started working as a hospital**

21   **physician to start with, like a hospitalist, and**

22   **then joined the group in an industrial**

23   **practice -- a physician, and then had my private**

24   **practice between '78 and '88.  '88, I joined the**

25   **State of Illinois mental health as a physician**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 7

1  **position in Alton, Illinois, and I was there**

2  **from '88 to about 2001.  And I started working in**

3  **corrections at that time, off and on, in 2002,**

4  **because the state decided they wanted me**

5  **to -- retirement.  I took the early retirement and**

6  **went to work at corrections PRN.**

7      Q.   Okay.  Doctor, thank you.  That was more

8  of an education and career background.  I appreciate

9  that.

10          I just have a couple of -- I'd like to ask

11  you individually, just briefly, about what you just

12  told me.

13          Where did you complete medical school in

14  India?

15      **A.   It's called "Baroda Medical College."**

16      Q.   Thank you.

17          And you mentioned you went somewhere in

18  1966.  I missed that.  Where did you move in 1966?

19      **A.   I entered medical school.**

20              MS. MELZER:  That was when he started

21  medical school.

22              MR. HATCHER:  Entered medical school?

23  Okay.  Thank you very much.

24  BY MR. HATCHER

25      Q.   You finished medical school in 1971?

**Vipin Shah, M.D.**
**October 29, 2020**

Page 8

1      A.    Right.

2      Q.    Thank you.

3            And you came to the U.S. in 1973?

4      A.    Yes, sir.

5      Q.    And you did a one-year internship?

6      A.    I came in '73, so I did a one-year

7    internship in '74.

8      Q.    Okay.

9      A.    And then a two-year residency '75, '76.

10     Q.    And what type of residency did you

11   undergo?  Just a general rotational or something

12   else?

13     A.    General, mostly pathology.

14     Q.    Pathology?

15     A.    Yes.

16     Q.    Okay.  And you said you worked as a

17   hospitalist.  Where did you work as a hospitalist?

18     A.    There was a small hospital in Chicago

19   after '76.  It's called -- it's called "Louis Weiss

20   Medical Hospital."  L-O-U-I-T (sic), W-E-I-T (sic).

21   It's not there anymore.  That was in Chinatown in

22   '76.  I worked up to '78.

23            And then I took a three-month vacation and

24   went to India, went to India, and then came back and

25   joined a group called "Industry Physician Clinic" in

**Vipin Shah, M.D.**
**October 29, 2020**

Page 9

1    **Elwood (phonetic), and I worked there up**

2    **until '85 --**

3        Q.   Okay.

4        **A.   -- or '84, and then I started a private**

5    **practice on the west side of Chicago up to '88.**

6        Q.   Okay.  When you were a hospitalist, am I

7    correct you were working, or you were an employee of

8    a hospital seeing inpatients who do not have their

9    own personal physician; is that correct?

10       **A.   I worked as a hospital employee, yes.**

11       Q.   And you said you joined an industrial

12   practice.  Were you seeing people with work injuries

13   or doing physicals for employers or something

14   different?

15       **A.   Everything.  Primary practice combined**

16   **with industry and work-related physicals, all that.**

17       Q.   Okay.  And were you the owner of the

18   private practice or a member of the private practice

19   between '78 and '88?

20       **A.   No.  I was a part of the group that I**

21   **joined for industry practice.  Then I started my own**

22   **private practice for a couple of years, like, '82 to**

23   **'87, '88.**

24       Q.   And what specifically were you doing for

25   the State of Illinois in Alton between 1988 and

**Vipin Shah, M.D.**
**October 29, 2020**

Page 10

1   2001?

2      A.   I started as a family practice physician.

3   We had a group of about 200, 250 patients there, and

4   we -- four doctors took care of their medical needs,

5   and there were psychiatrists who took care of the

6   psych needs.

7      Q.   Okay.  Do you currently hold any board

8   certifications?

9      A.   Board?

10     Q.   Board.  Do you currently hold any boards?

11     A.   No.

12     Q.   Since you've been in the U.S. beginning in

13  1973, have you ever held any board certifications?

14     A.   No.  When I entered in '78, there was no

15  need of board at that time, so . . .

16     Q.   And you're licensed in the State of

17  Illinois?

18     A.   I'm sorry?

19     Q.   Are you licensed -- do you hold any

20  licenses from the State of Illinois?

21     A.   Yes, sir.

22     Q.   Has your license ever been -- your license

23  to practice medicine ever been suspended or revoked?

24     A.   No, never.

25     Q.   Have you been with the department of

**Vipin Shah, M.D.**
**October 29, 2020**

Page 11

1  corrections since around 2001, 2002?  Did I hear

2  that correctly?

3        **A.    Well, I've worked since '82 off and on.**

4        Q.    Okay.

5        **A.    But '94 I worked -- from 2001 I worked**

6  **more constant.**

7        Q.    Okay.  And are you an employee of the

8  department of corrections or Wexford Health

9  Services?

10       **A.    Wexford Health.**

11       Q.    When did you become an employee of Wexford

12  Health Services?

13       **A.    In 1994, I worked for Wexford.  2001, I**

14  **worked PRN.**

15       Q.    Okay.

16       **A.    I became -- in 2002 when I left the state,**

17  **I became a Wexford employee.**

18       Q.    Okay.  When you were at Menard -- or when

19  did you -- let me start over.

20              At one time, you were working for Wexford

21  seeing patients at Menard?  Is that true?

22       **A.    Yes.**

23       Q.    When did you arrive at Menard as a Wexford

24  employee?

25       **A.    I don't recollect.  When did I start?**

Page 12

1     Q.   Yes.  When did you start?

2     A.   I don't know.  Because I worked at Menard

3  since 1982.

4     Q.   Okay.

5     A.   It was CMS, a different company, and I

6  used to work at that time for them.

7     Q.   When did you -- at some point in time was

8  your work primarily based at Menard?

9     A.   I worked Menard on a PRN basis.  Not full

10  time, not as a medical director.

11     Q.   Okay.

12     A.   I worked like a helping physician.

13     Q.   Okay.  In 2017, were you working at Menard

14  on a PRN basis?

15     A.   Yes, sir.

16     Q.   Who was your -- did you have any other

17  employment in 2017 when you were working at Menard

18  on a PRN basis?

19     A.   I was working full time at Robinson

20  Correctional Center for Wexford at that time.

21     Q.   Okay.  Approximately how many

22  days -- however you want to break it down -- per

23  week or month did you spend at Menard in 2017?

24     A.   Usually one day or sometimes one and a

25  half day.

**Vipin Shah, M.D.**
**October 29, 2020**

Page 13

1      Q.   Is that per week or per month?

2      **A.   Per week.**

3      Q.   And in January and February of 2018,

4  approximately how many days per week did you spend

5  at Menard?

6      **A.   I don't recollect at this time in '17.**

7  **Probably one and a half.**

8      Q.   When you were seeing patients at the

9  Menard on a PRN basis in late 2017, early 2018, did

10 Dr. Siddique -- or did you report to Dr. Siddique?

11     **A.   I did not report to anybody.**

12     Q.   Did Dr. -- in 2017 and 2018 when you were

13 seeing patients on a PRN basis at Menard, did

14 Dr. Siddique have any supervisory role over you?

15     **A.   No.**

16     Q.   As far as you know, if you do know,

17 did -- when Dr. Siddique was the medical director at

18 Menard, did he have any supervisory role over nurse

19 practitioners at Menard?

20          MS. MELZER:  Objection.  Calls the

21 witness to speculate.

22          You can answer if you know.

23          THE DEPONENT:  I don't have any idea.

24 I didn't work as the medical director, so I don't

25 know what they do.

**Vipin Shah, M.D.**
**October 29, 2020**

Page 14

```
 1   BY MR. HATCHER
 2        Q.   Were you the medical director at Robinson?
 3        A.   Yes, sir.
 4        Q.   While you were medical director at
 5   Robinson, do you have -- did you have any
 6   supervisory roles over the nurse practitioners?
 7        A.   No.  We don't do any -- we don't have any
 8   nurse practitioners at Robinson.
 9        Q.   When you were medical director at
10   Robinson, did you have any supervisory roles over
11   the nurses?
12        A.   Indirectly the nurses report to DON and
13   then the DON reports to us.
14        Q.   Okay.  So the DON is the director of
15   nursing?
16        A.   Yes.
17        Q.   When you say, "The DON at Robinson reports
18   to us," that means you as medical director?
19        A.   Yeah.  When we have a meeting every month,
20   and any nursing issue that comes there in the
21   meeting with the DON, administrator, doctor, warden,
22   the regional managers.
23        Q.   Did I hear you correctly that once a month
24   you have a meeting with the regional managers?
25        A.   And the whole quality control, risk
```

**Vipin Shah, M.D.**
**October 29, 2020**

Page 15

1   **manager and warden and state person and the DON,**

2   **administrator, mental health person, all that.**

3       Q.   Were those monthly meetings just for

4   Robinson or for a larger area, a geographical area?

5       **A.   No.   The meeting was for Robinson.**

6       Q.   Okay.

7       **A.   Every place has their own meeting, I**

8   **think.**

9       Q.   And would the regional manager show up for

10  that meeting?

11      **A.   Yes.   The regional manager of nursing,**

12  **state, and the regional manager of Wexford.**

13      Q.   And I appreciate that answer, but our

14  court reporter needs to make sure that she can take

15  down my answer -- excuse me -- my question and your

16  answer, so if I could, I'll ask it again.

17          For the monthly meetings at Robinson, the

18  regional manager would show up in person for the

19  meetings?

20      **A.   Yes.**

21      Q.   And who was the regional manager, if you

22  recall, in 2017, 2018?

23      **A.   At Robinson?**

24      Q.   Sure, at Robinson.

25      **A.   I think Ms. Johnson.**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 16

1    Q.   Do you know Ms. Johnson's first name?

2    **A.   Yolanda Johnson.**

3    Q.   Is Ms. Johnson, is she an employee of

4 Wexford, or is she an employee of the department of

5 corrections?

6    **A.   She's an employee of Wexford.**

7    Q.   Okay.  And when you say she's the regional

8 manager, is she the manager only over Robinson or a

9 larger area including Menard?

10        MS. MELZER:  I'm going to object to

11 relevancy.  Calls for him to speculate.

12              You can answer if you know.

13              THE DEPONENT:  I think she had more

14 than one place.  I don't know which one.

15 BY MR. HATCHER

16    Q.   Did you ever between -- in 2017 or 2018,

17 did you ever attend a monthly quality control

18 meeting at Menard?

19    **A.   No.**

20    Q.   Okay.  If the -- well, okay.  We'll move

21 on.

22         Do you recall ever seeing Brian Buchanan

23 as a patient?

24    **A.   I don't recollect it, no.**

25    Q.   Okay.  But you did see patients when you

**Vipin Shah, M.D.**
**October 29, 2020**

Page 17

1   went to Menard, you know, one day per week or one

2   and a half days per week in 2017 and 2018?  You did

3   see inmates as patients, correct?

4       **A.   Yes.**

5           **(Exhibit 19 was marked for**

6   **identification.)**

7               MR. HATCHER:  Okay.  I'll hand you,

8   if I may -- Katherine, here's a copy for you.  And

9   I'll represent to you, Katherine, the highlighted

10  portion, those are not my highlights.  That's how it

11  came.  Those are not my highlights.

12              MS. MELZER:  Yes.  Are you talking

13  about page -- the highlights on the first page?

14              MR. HATCHER:  Yes.  On Menard 42 and

15  any other highlighted pages.

16              MS. MELZER:  And this is 19?

17              MR. HATCHER:  19.

18              MS. MELZER:  Thank you.

19  BY MR. HATCHER

20      Q.   Doctor, I've handed you what we've marked

21  as Exhibit 19, and at the top, it reads, "HCU

22  Movement Chart."

23          Do you see that?

24      **A.   Yes.**

25      Q.   Do you know the purpose of the HCU

**Vipin Shah, M.D.**
**October 29, 2020**

Page 18

1    movement chart?

2         **A.    No.**

3         Q.    Have you ever seen an HCU movement chart

4    prior to today?

5         **A.    No.**

6         Q.    When you were at Menard, you never saw an

7    HCU movement chart?

8         **A.    No.**

9         Q.    Do you know one way or the other if

10   Exhibit 19, the HCU movement chart, is similar to

11   the schedule used by Wexford or the department of

12   corrections at Menard?

13                MS. MELZER:   Object to the form of

14   the question.   Vague and calls the witness to

15   speculate.

16                But you can answer if you know.

17                THE DEPONENT:   I don't recollect.   I

18   think when I read the line -- there was a paper like

19   that we signed, that we saw these people, you know,

20   but I don't know whether it was called "the movement

21   chart."

22   BY MR. HATCHER

23        Q.    Okay.   And so whether or not you recall

24   seeing Exhibit 19 or not, when you were seeing

25   patients at Menard, you recall seeing a piece of

**Vipin Shah, M.D.**
**October 29, 2020**

Page 19

1    paper that had names on it that you would sign?  Is

2    that a true statement?

3         **A.    Yes.  It would say the name and why we**

4    **were seeing them and the person who had seen them.**

5         Q.    Okay.  And if we turn to -- okay.

6              Let me ask you this.  Whenever you were

7    seeing patients at Menard, was it the patient's

8    responsibility to bring records to the visit, or did

9    Wexford employees bring the records and charts for

10   the patient?

11        **A.    I do not understand the question.**

12        Q.    Sure.

13             When you saw inmates as patients at

14   Menard, was it the responsibility of the inmate to

15   bring their medical record chart to the visit with

16   you, or was it somebody else's responsibility to

17   bring the chart?

18        **A.    I have no idea.**

19        Q.    Did you ever physically bring charts to

20   inmate patient visits at Menard?

21        **A.    No.**

22        Q.    Did you have inmate patient charts when

23   you were treating or otherwise having a patient

24   encounter with an inmate at Menard?

25        **A.    Whenever I saw the patient or reviewed the**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 20

 1  **patient chart, it was -- the charts were already --**

 2       Q.   Okay.

 3       **A.   I don't know who did -- or that's a**

 4  **different department.  I don't interfere with that.**

 5       Q.   Okay.  But when you were having, we'll

 6  call it a "patient encounter" with a patient at

 7  Menard, one way or the other, the chart was present

 8  while you were having a visit, true?

 9       **A.   Right.**

10       Q.   You don't know how that chart got in the

11  room?  You just know it was there, true?

12       **A.   Well, I knew that the medical director's**

13  **department would bring that.  I don't know who in**

14  **the medical department or when they brought it, but**

15  **when I was there, there was a chart.**

16       Q.   Okay.  Would you agree or disagree, based

17  on your answer, that it was not the inmate's

18  responsibility to bring the chart?

19       **A.   It was not the inmate's responsibility.**

20       Q.   Thank you.

21            If we turn to Page 4 of Exhibit 19, which

22  is Menard 00145, let me know when you're there.

23       **A.   Yes.**

24       Q.   At the top next to "Practitioner," it

25  reads "Siddique."  Do you see that?

**Vipin Shah, M.D.**
**October 29, 2020**

Page 21

1      **A.    Yes.**

2      Q.    The one name that is not blocked out, it

3  reads "Buchanan, Brian."  Do you see that?

4      **A.    Yes.**

5      Q.    The next under "Number" is B40627.  Do you

6  see that?

7      **A.    B40627?  Yes.**

8      Q.    And under "Problem," here's what I read,

9  and you can correct me if I'm wrong.

10          It reads, "nsc," and I read that as nurse

11  sick call; is that correct?

12      **A.    Yes.**

13      Q.    "12/6 request to renew prescription,

14  gabapentin, tramadol."

15          Did I read that correctly?

16      **A.    Yes.**

17      Q.    And the box next to it, right under that,

18  in the same box it reads, "No chart," correct?

19      **A.    Right.**

20      Q.    And under "Orders," it reads, "No chart."

21          Do you see that?

22      **A.    Yes.**

23      Q.    Based on what you can see there on

24  Exhibit -- the fourth page of Exhibit 19, Menard

25  00145, would you agree or disagree that Mr. Buchanan

**Vipin Shah, M.D.**
**October 29, 2020**

Page 22

1    was on Dr. Siddique's schedule on December 12, 2017?

2                    MS. MELZER:  I'm going to object to

3    the form of the question.  Lacks foundation, assumes

4    facts not in evidence.  This -- the foundation, you

5    haven't established that that is his note, and

6    you're asking him to speculate about this document

7    that he's just seeing for the first time today.

8                    Subject to that, you may answer.

9                    THE DEPONENT:  I guess that's what he

10   says, you know.

11   BY MR. HATCHER

12        Q.   All right.  Thank you, Doctor.

13            And by looking at Page 4 of Exhibit 19,

14   can you tell one way or the other if Dr. Siddique

15   actually had a patient encounter with Brian

16   Buchanan?

17                   MS. MELZER:  Object to the form of

18   the question.  Calls the witness to speculate, lacks

19   foundation.

20                   THE DEPONENT:  It's just -- I said

21   before.  I guess he was not able to see him because

22   there was no chart.

23   BY MR. HATCHER

24        Q.   Thank you, Doctor.

25            If we turn to the first page of

**Vipin Shah, M.D.**
**October 29, 2020**

Page 23

1   Exhibit 19 -- let me ask you this.

2          You worked in the -- before you look at

3   the first page, you've worked -- and you gave me a

4   bunch of years, and I apologize.  I'm not trying to

5   be a wise guy.

6          Can you tell me the first year you began

7   seeing patients in the Illinois Department of

8   Corrections?

9      A.   '82.  1982.

10     Q.   1982?  Okay.  So it was 38 years ago?

11     A.   Yes.

12     Q.   Okay.  At some point in 38 years in the

13  Illinois Department of Corrections seeing patients,

14  have you become familiar with the term "kite"?

15     A.   Kite?

16     Q.   Kite.

17     A.   No.

18     Q.   Okay.  If you look at the first page,

19  Exhibit 19, which is Menard 142, next to

20  "Practitioner," we see "Zimmer."  Do you see that?

21     A.   Yes.

22     Q.   Did you know any practitioner or nurse

23  practitioner named "Zimmer" at Menard?

24     A.   I've seen that, yes.

25     Q.   So you know who that is?

Page 24

1      A.   Yes.

2      Q.   Okay.  And if we look under "Name," we see

3  "Buchanan, Brian" listed one, two, three, four, five

4  times.  Do you see that?

5      A.   Yes.

6      Q.   And under "Number," five times, we see

7  B40627 entered five times, correct?

8      A.   I'm sorry.  What was the question?

9      Q.   Under "Number," we see the same number

10  B40627 entered one, two, three, four, five times?

11      A.   Right.

12      Q.   So Mr. Buchanan is listed on the HCU

13  movement chart -- he has five entries on the first

14  page of Exhibit 19; is that correct?

15      A.   Right.

16      Q.   And that's dated 12/21/2017?

17      A.   Yes.

18      Q.   Are you familiar with the process of nurse

19  sick call?

20      A.   I don't know what you mean by that.  I

21  know the nurses see -- and that's called "nursing

22  protocol."

23      Q.   I'm sorry.  I missed that answer.

24      A.   That's called "nursing sick call," and

25  they just use the standard paper, and that's called

**Vipin Shah, M.D.**
**October 29, 2020**

1   **"nursing protocol."**

2        Q.   Okay.  And what's the process -- what's

3   the standard protocol for the nurse sick call?

4                  MS. MELZER:  I'm going to object to

5   the form of the question to the extent that he's not

6   a nurse.

7                  But subject to that, you may answer.

8                  MR. HATCHER:  And, Katherine, I don't

9   mean to argue objections.  I think you've made an

10  objection.  I think I heard Dr. Shah say there's a

11  standard protocol for nurse sick call, and I just

12  misheard that.  Is that what you heard?

13                 MS. MELZER:  Yeah, I heard that, and

14  my objection is he isn't a nurse.

15                 But subject to that, you can answer.

16                 MR. HATCHER:  Fair enough.  I just

17  wanted to make sure I didn't mishear you.

18  BY MR. HATCHER

19       Q.   Subject to the objection, Doctor, are you

20  aware of the standard protocol or standard protocol

21  for nurse sick call?

22       **A.   I am, yeah.  I am.  What do you call it?**

23  **I am knowledgeable about the nurse protocol, yes.**

24       Q.   Okay.  And as part of the nurse protocol,

25  you can either hand the nurse a slip or place a slip

**Vipin Shah, M.D.**
**October 29, 2020**

Page 26

1   of paper in a box in order to be seen by either a

2   physician or a nurse practitioner at Menard?

3       **A.   I have no idea.**

4       Q.   Okay.  The fact that -- and maybe you know

5   or you don't know, but the fact that Brian Buchanan

6   is listed on the same HCU movement chart five times,

7   does that indicate to you that he may have passed

8   more than one slip to a nurse asking to be seen?

9       **A.   No.**

10              MS. MELZER:   Objection.  Calls the

11   witness to speculate.

12   BY MR. HATCHER

13       Q.   And why do you not believe that?

14       **A.   That doesn't mean that, because there's**

15   **five things.   That's what he was supposed to be**

16   **reviewed on that day -- five things.**

17       Q.   And if we go through the five things,

18   right?  And I'm on the -- there's a redacted name,

19   and the very first "Buchanan," there's a "Chart," a

20   question mark.  Do you see that box?

21       **A.   I don't know what you're talking about.**

22   **The first line?**

23              MS. MELZER:   Yes.

24   BY MR. HATCHER

25       Q.   Yes.

**Vipin Shah, M.D.**
**October 29, 2020**

Page 27

1       **A.    The first line says?**

2       Q.    It reads, "nsc 12/6," or nurse sick call

3    12/6, "request to renew prescription, gabapentin,

4    tramadol."

5       **A.    Right.**

6       Q.    Okay.  And the next entry right under

7    that, the next problem reads, "two-year PE DEC."

8            Do you know what that means?

9       **A.    Yeah, that he was due for a physical exam**

10   **that they give every two years in December.**

11      Q.    Okay.  And the very next problem box

12   reads, "JR, renew gabapentin."

13           Do you see that?

14      **A.    Yes.**

15      Q.    Do you know what JR means?

16      **A.    Jacket review.**

17      Q.    And the next entry reads, "nsc 12/6,

18   request to renew prescription gabapentin, tramadol."

19           Do you see that?

20      **A.    Right.**

21      Q.    Underneath that, which is a "JR, renewal

22   gabapentin."

23           And then we have a circle, and it reads

24   "Renewed, 12/20, Dr. Shah."

25           Do you see that?

**Vipin Shah, M.D.**
**October 29, 2020**

Page 28

1      **A.    Yes.**

2      Q.    Did you write that entry, or did somebody

3  else write that entry?

4      **A.    No.  Somebody else.**

5      Q.    Do you know who did?

6      **A.    No.**

7      Q.    In the orders column, my colleague sent me

8  a response with part of the orders column chopped

9  off.  Can you read -- are you able to make out a

10  portion of the orders column?

11      **A.    No, I cannot.**

12      Q.    Okay.

13             MS. MELZER:  And for the record, I'll

14  state that that was exactly how it was produced to

15  us pursuant to the subpoena.

16             MR. HATCHER:  I am not holding you

17  responsible.  I understand you -- you subpoenaed the

18  documents.

19             THE REPORTER:  Can I just ask -- I

20  didn't understand what the JR was.

21             MR. HATCHER:  Jacket review.

22  BY MR. HATCHER

23      Q.    Doctor, I'm going to hand you what we

24  previously marked in a separate earlier deposition

25  as Exhibit 1.

**Vipin Shah, M.D.**
**October 29, 2020**

Page 29

```
 1              MR. HATCHER:  And, Katherine, I'll
 2    represent to you that's a copy of the original.
 3    BY MR. HATCHER
 4         Q.   Doctor, I've handed you or you've been
 5    handed Plaintiff's Exhibit 11, and that is Western
 6    Illinois 487 Bates labeled, and there's an entry --
 7         A.   I don't know what you're talking about.
 8              MS. MELZER:  Bates label down at the
 9    bottom.  He was just reading "Western Illinois."
10              THE DEPONENT:  Oh, okay.
11    BY MR. HATCHER
12         Q.   I apologize for that, Dr. Shah.  I should
13    have been more clear.
14         A.   It should not be -- that's why I was
15    surprised because that is a different correction.
16         Q.   I understood.
17              So looking at Exhibit 11, do you recognize
18    the handwriting from the day 12/20 -- that looks
19    like 17 -- do you recognize that handwriting?
20         A.   Yes, sir.
21         Q.   Is that your handwriting?
22         A.   Yes.
23         Q.   Okay.  What's the first -- and I see an
24    "MDNOR."  What does that mean?
25         A.   M.D. N-O-T-E.  M.D. note.
```

**Vipin Shah, M.D.**
**October 29, 2020**

Page 30

1     Q.   M.D. note?  Okay.

2          You're the M.D. writing that note?

3     **A.   Right.**

4     Q.   Okay.  And the next line reads, "Chart,

5     jacket review."  Is that what that says?

6     **A.   Right.**

7     Q.   When you conducted your jacket

8     review -- let me start over.

9          You conducted the jacket review on

10    12/20/2017, true?

11    **A.   Right.**

12    Q.   When you conducted the jacket review on

13    12/20/2017, did you see any indication of a prior

14    jacket review having been conducted on 12/6, 12/7,

15    or 12/8, 2017 by Dr. Siddique?

16    **A.   No.**

17    Q.   When you conducted your jacket review on

18    12/20/2017, did you see any indication of a prior

19    jacket review on 12/6, 12/7, or 12/8/2017 that was

20    conducted by Nurse Holly Hawkins?

21    **A.   No.**

22    Q.   When you conducted your jacket review on

23    12/20/2017, did you see any indication of a prior

24    jacket review having been conducted on 12/12/2017?

25    **A.   No.**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 31

1      Q.   Doctor, can you read to me what is written

2    right under "Chart, jacket review"?

3      **A.   Number 1, it says, "Wants to continue**

4    **Neurontin with a non-formulary."**

5      Q.   That reads "wants to"?  Is that what you

6    said?

7      **A.   Wants to continue -- CT -- Neurontin with**

8    **the non-formulary.**

9      Q.   Who wanted that?  You or the patient?

10      **A.   I got the note that says the patient**

11    **wants.**

12      Q.   Okay.  And he said "non-formulary"?

13      **A.   The note says "non-formulary."**

14      Q.   Okay, but the patient didn't ask for

15    non-formulary, correct?

16      **A.   The note I got like this, that you got**

17    **there, no med (phonetic) -- it didn't say no med,**

18    **but I get a note that said jacket review.**

19      Q.   Okay.

20      **A.   And the jacket review says the patient**

21    **name, number, and what is the jacket review.  It**

22    **says, "Continue Neurontin with non-formulary."**

23      Q.   And you pointed out Exhibit 19 is

24    something you would have received.  Do you recall if

25    you would have received specifically what's been

**Vipin Shah, M.D.**
**October 29, 2020**

Page 32

```
 1   marked as 19 or a different exhibit or a different
 2   note?
 3        A.   I don't know if it was taken from that or
 4   not.  I got the note saying he needs -- or wants to
 5   continue Neurontin with non-formulary.
 6        Q.   Okay.  Do you know who wrote that note?
 7        A.   No.  It's a typed note usually from
 8   medical records.
 9        Q.   Okay.  And what is the -- under NF, the
10   non-formulary, what's the next entry?  What does
11   that read?
12        A.   It was also the note questioning the
13   medical order because he was -- he had a medical
14   hold because the processes or something, outside
15   consult, and he wanted to look to me, that he wants
16   to get out of that hold so he can move to a
17   different institution.
18        Q.   Okay.
19        A.   So the doctor has to review the note,
20   saying if he has any follow-ups so they cannot go
21   then.
22        Q.   Okay.  Let me make sure I understand what
23   you just said or what you're telling me.
24             So a medical hold means you can't leave
25   the facility, meaning Menard?  So an M.D. has to
```

**Vipin Shah, M.D.**
**October 29, 2020**

Page 33

1   review the note in order to clear the patient to

2   move to a separate DOC facility?

3        **A.    If he wants to.**

4        Q.    Okay.

5        **A.    Because he might have certain appointments**

6   **that he might not know, scheduled.**

7        Q.    Got it.

8             And under the note where it's "Review for

9   medical hold," what's the -- what's the next line

10   read?

11        **A.    No follow-up suggestion on last orthopedic**

12   **visit on 11/3.**

13        Q.    And if we move over into the plan -- is

14   this a SOAP note or is this something different?

15        **A.    It's not really a SOAP note.  It's a chart**

16   **review.**

17        Q.    Okay.

18        **A.    SOAP note we do when we see the patient.**

19        Q.    Okay.  And I see under plan -- now the

20   note that you've discussed the medical hold, does

21   that read, "Discontinue medical hold"?

22        **A.    Yes.**

23        Q.    And underneath the "Discontinue medical

24   hold," what did you write in there right above your

25   name?

**Vipin Shah, M.D.**
**October 29, 2020**

Page 34

1      **A.    Continue Neurontin 300 and 600 for 12**

2    **months.**

3      Q.   Okay.  And did you review -- did you

4    review Mr. Buchanan's jacket for renewal of tramadol

5    or Ultram?

6      **A.    No.**

7      Q.   And why not?

8      **A.    Because I was requested to renew**

9    **Neurontin.  That was the only thing I was renewing.**

10   **And at that time, I felt that probably somebody**

11   **renewed it, but forgot to write "non-formulary**

12   **form."  So he was not getting it.  That's my**

13   **understanding.**

14     Q.   Okay.  When you say "he was not getting

15   it," are you talking of tramadol or the gabapentin?

16     **A.    I'm talking about the gabapentin.**

17     Q.   Okay.  So it's your understanding that at

18   least on December 20th of 2017 when you reviewed the

19   note, that Mr. Buchanan was not receiving either

20   gabapentin or Neurontin, true?

21     **A.    Probably.**

22     Q.   Did I hear "probably"?

23     **A.    Yes.**

24     Q.   Okay.

25     **A.    Or it was about to expire.**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 35

```
 1       Q.   Okay.  And I'm just going to

 2  briefly -- well, I'll hand you Exhibit 2 or a copy

 3  of Exhibit 2 that we previously marked at another

 4  deposition, and I'm going to ask you some questions

 5  about what you may have reviewed.

 6            Doctor, it's been marked as Plaintiff's

 7  Exhibit Number 2.

 8                 MR. HATCHER:  And just for the

 9  record, Katherine, this is Western Illinois 154.

10  BY MR. HATCHER

11       Q.   So, Doctor, back to Exhibit 2.  Do you see

12  the prescription order dated 9/11/2017?

13       A.   Yes.

14       Q.   And that's tramadol?

15       A.   Yes.

16       Q.   And that was for back pain, correct?

17       A.   It could be for any -- yeah, he needed it

18  for back pain.

19       Q.   And based on the fact that this is an

20  order for 9/11/2017, and your jacket review was on

21  December 20th of 2017, do you have -- do you

22  believe that this prescription order would have been

23  in his jacket when you reviewed it?

24                 MS. MELZER:  Object to the form of

25  the question.  It calls the witness to speculate.
```

**Vipin Shah, M.D.**
**October 29, 2020**

Page 36

1         But you may answer if you know.

2         THE DEPONENT:  Just looking at the

3    top of that order, it's an order on 10/12, the same

4    order.  It was done for three months.  So he was

5    getting it until -- the order was good until January

6    of 2018.

7    BY MR. HATCHER

8         Q.   Okay.  So based on what you're telling me,

9    if you look at Plaintiff's Exhibit 2, and the

10   prescription order from 10/12/2017 for tramadol,

11   Mr. Buchanan should have been receiving tramadol for

12   three months or until -- did you say February of

13   2017?

14        **A.   January, sir.**

15        Q.   January of 2017?

16        **A.   No.  January of 2018.**

17        Q.   January of 2018.  Thank you, Doctor.

18             I think you just short-circuited a few

19   exhibits and a few of my questions.  Thank you.

20        **A.   No problem.**

21        Q.   Well, one more question about Exhibit 2.

22             Do you have any reason to believe, based

23   on your jacket review, that Mr. Buchanan -- let me

24   start over.

25             Do you have any reason to believe, based

**Vipin Shah, M.D.**
**October 29, 2020**

Page 37

1  on your jacket review, that the tramadol order for

2  three months on 10/12/2017 was not a reasonable and

3  necessary treatment for Mr. Buchanan's back pain?

4      **A.   I could not -- either way.  I didn't see**

5  **the patient.  I was just reviewing the chart.  The**

6  **doctor probably, when he examined, he -- I can just**

7  **guess, and continued the medicine, you know.**

8      Q.   I'm sorry.  You don't have an opinion?

9      **A.   I'm sorry?**

10     Q.   You said your first -- the very first part

11  of your answer was you do not have an opinion either

12  way?

13     **A.   Right.  I don't have any opinion.**

14     Q.   Thank you, Doctor.  We're moving along.

15          Before we move on to gabapentin, Doctor,

16  do you have any reason to dispute that Mr. Buchanan

17  did not receive his tramadol or Ultram from at least

18  December of -- or December 2, 2017 through

19  January 10, 2018?

20     **A.   No.  I have no --**

21     Q.   You have no reason to dispute that?

22     **A.   No.**

23     Q.   Okay.  Doctor, I'm going to hand you

24  what -- hang on -- what we previously marked as

25  Exhibit 9.

Page 38

1      MR. HATCHER:  And, Katherine, for the
2   record, this is Western Illinois 485.
3      MS. MELZER:  Thank you.
4   BY MR. HATCHER
5      Q.   Doctor, you've been handed Exhibit 9.  Can
6   you see -- well, do you know what type of record
7   this is?  That's Plaintiff's Exhibit Number 9.
8      **A.   I think it's a nursing protocol.**
9      Q.   And what's a nursing protocol?
10     **A.   Nursing protocol is the standard paper**
11  **that describes the intervention between the patient**
12  **and the nurse.**
13     Q.   So a nursing protocol, in its simplest
14  terms, is a patient encounter between a nurse and
15  the patient, true?
16     **A.   Right.**
17     Q.   And this patient encounter note is dated
18  December 6, 2017, correct?
19     **A.   Right.**
20     Q.   And it looks like the patient encounter is
21  related to a recent back fusion, correct?
22     **A.   Right.**
23     Q.   And that's the cause of pain?  The recent
24  back fusion, true?
25     **A.   I'm sorry?**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 39

1      Q.   The nurse recorded the cause of pain as a

2   recent back fusion, true?

3      **A.   Yes.**

4      Q.   And Mr. Buchanan gave a pain scale of 7, 8

5   out of 10, true?

6      **A.   Right.**

7      Q.   And Page 2 reads under "Gait disturbance,"

8   it's "Yes, notable gait disturbance," true?

9      **A.   I cannot read that completely.**

10     Q.   Right there under next to date and time,

11   12 --

12     **A.   I see that, yes.  I don't know what that**

13   **means first.  Is that "yes"?**

14     Q.   I'll represent to you that I can read that

15   it says, "Yes-notable gait" -- there's a delta

16   either for change or disturbance.

17          Do you read that?

18     **A.   Yes.**

19     Q.   And when you're making notes, and you

20   enter -- have you ever entered the phrase "gait

21   disturbance" in a note?

22     **A.   If I saw the gait disturbance, I'd write**

23   **the note, yes.**

24     Q.   Okay.  And when you're writing the phrase

25   "gait disturbance," what does that mean to you when

**Vipin Shah, M.D.**
**October 29, 2020**

Page 40

1    you're writing it?

2         **A.    That he's not able to maintain the gait.**

3         Q.    Okay.  If somebody is talking about the

4    gait -- let me start over.

5              When you're talking about gait, are you

6    talking about the way a person walks?

7         **A.    The way the person walks, stands, runs.**

8         Q.    And when you're making an entry that

9    reads, "notable gait disturbance," do you consider

10   that an objective finding or subjective complaint?

11        **A.    Significant finding, significant.**

12        Q.    I'm sorry?

13        **A.    Significant finding.**

14        Q.    Okay.  And my question was a little

15   different.

16              Do you consider that to be an objective

17   finding by a physician such as yourself or a

18   subjective complaint by the patient?

19        **A.    A mix of both.**

20        Q.    Okay.  Doctor, I'll hand you what has been

21   marked as Exhibit 12.

22              MR. HATCHER:  And, Katherine, I'll

23   represent to you that is Western Illinois 176.

24              MS. MELZER:  Thank you.

25   / / /

**Vipin Shah, M.D.**
**October 29, 2020**

Page 41

```
 1   BY MR. HATCHER
 2        Q.   Doctor, the very top of Plaintiff's
 3   Exhibit 12, there's a prescription order; is that
 4   correct?
 5        A.   Yes.
 6        Q.   And is that a prescription order you wrote
 7   renewing Neurontin on December 20th of 2017?
 8        A.   Yes.
 9        Q.   And you wrote that order because you
10   believed at least at the time Mr. Buchanan was not
11   receiving the Neurontin?
12        A.   No.
13        Q.   Why did you write the prescription?
14        A.   It says "Continue."  That means he was
15   getting it.  His prescription was about to expire,
16   so we need to write a new prescription.
17        Q.   And what are you basing that?
18        A.   It says "Continue."  Usually I add
19   "continue" when the patient is getting the medicine.
20        Q.   Okay.  And do you know, one way or
21   another, if there was a break in the patient getting
22   his Neurontin or gabapentin prior to December 20th
23   of 2017?
24             MS. MELZER:  Objection.  Calls the
25   witness to speculate.
```

**Vipin Shah, M.D.**
**October 29, 2020**

Page 42

1                  But you can answer.

2                  THE DEPONENT:  I cannot remember at

3       this point, but it again appears that when -- I got

4       the list to continue.

5       BY MR. HATCHER

6            Q.   And when you wrote that prescription for

7       gabapentin on December 20, 2017, did you believe

8       that to be a reasonable and necessary treatment for

9       nerve pain?

10           **A.   It could be for any pain, sir.  Nerve**

11      **pain, neuro-lytic pain (phonetic), mild pain, just**

12      **general pain.**

13           Q.   Let me ask you this question.

14                Do you have a recollection as to what type

15      of pain you were treating when you wrote the

16      prescription following the jacket review on

17      12/20/2017?

18           **A.   No.**

19           Q.   Okay.  Regardless of the reason you wrote

20      it, you wouldn't have written on 12/20/2017 if you

21      didn't believe it was not -- if you didn't believe

22      it was reasonable and necessary, true?

23           **A.   My responsibility on that day was that at**

24      **somebody's suggestion was it needs to continue.  It**

25      **was written before, and it was expiring.  I was not**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 43

1    **checking the patient.  I was not doing a routine**

2    **patient, whether he needs the medicine or not.**

3         Q.   But based on your review of his records,

4    you felt it was a reasonable and necessary

5    treatment, true?  Or otherwise you wouldn't have

6    written the prescription, true?

7         **A.   Somebody wrote it, that he needs to**

8    **continue.**

9         Q.   And you felt comfortable continuing it

10   based on your --

11        **A.   Yes.**

12        Q.   Okay.  Doctor, I'm going to hand you --

13             MR. HATCHER:  Am I on 20?  I think

14   I'm on 20.

15             MS. MELZER:  Yes, you are on 20.

16             MR. HATCHER:  What we will mark as

17   Exhibit 20.

18        (Exhibit 20 was marked for

19   identification.)

20   BY MR. HATCHER

21        Q.   Doctor, I'll represent to you that

22   Exhibit 20 is a medication administration record for

23   Brian Buchanan during his time at Menard.  And could

24   I have you turn to Page -- it's Bates labeled at the

25   bottom, Western Illinois 339, and let me know when

**Vipin Shah, M.D.**
**October 29, 2020**

Page 44

1    you're there.

2         A.   Yes, sir.

3         Q.   If you go down to one, two, three, four,

4    five boxes, there's an entry for gabapentin.  Do you

5    see that?

6         A.   Yes.

7         Q.   And if you go over on -- over

8    three-quarters of the page, there's a slash and an

9    entry reads, "See new order, 12/20/17."

10             Do you see that?

11        A.   Yes.

12        Q.   And in that same line between the box

13   where it says gabapentin and the order for the entry

14   that reads, "See new order," do you see all those

15   boxes with initials?

16        A.   Yes.

17        Q.   And next to all the initials, do you see

18   all of the entries that read "NA"?  Or "N/A"?

19        A.   Yes.

20        Q.   Do you know if that meant on those days

21   December 1st through December 19th --

22        A.   No.

23        Q.   -- if the gabapentin was not available?

24        A.   No, I don't -- I don't do MRs, so . . .

25        Q.   You don't know one way or the other?

**Vipin Shah, M.D.**
**October 29, 2020**

Page 45

 1      **A.    No.**

 2      Q.    Would I need to ask the nurses?

 3      **A.    Yeah.   The nurses should know this.**

 4      Q.    Doctor, I'm going to hand you what has

 5    previously been marked in a prior deposition as

 6    Exhibit 16.

 7                MR. HATCHER:   And, Katherine, I'll

 8    represent to you that's Western Illinois 492.

 9                MS. MELZER:   Thank you.

10    BY MR. HATCHER

11      Q.    Doctor, do you recognize the handwriting

12    on Plaintiff's Exhibit 16?

13      **A.    Yes, sir.**

14      Q.    And is that your handwriting?

15      **A.    Yes, sir.**

16      Q.    And that's for Mr. Buchanan?

17      **A.    Yes, sir.**

18      Q.    And the top, it reads, "M.D. note" in your

19    handwriting, correct?

20      **A.    Yes.**

21      Q.    Okay.  Can you tell me the date of this?

22      **A.    1/13/18, 9:00 a.m.**

23      Q.    And can you tell me -- before we go

24    through all of the entries, can you tell me just

25    generally what type of visit this was?

**Vipin Shah, M.D.**
**October 29, 2020**

Page 46

 1       **A.    What?**

 2       Q.    I'm sorry?

 3       **A.    I didn't understand the last sentence.**

 4       Q.    What type of patient encounter was this if

 5  you can -- if you know generally?

 6       **A.    This is a patient encounter between the**

 7  **doctor and the patient.**

 8       Q.    Okay.  Can you tell me, based on looking

 9  at Plaintiff's Exhibit 16, what Mr. Buchanan's

10  complaints were on January 13, 2018?

11       **A.    Sure.  My note says, "M.D. note."  S means**

12  **subjective.**

13       Q.    Uh-huh.

14       **A.    "I want a prostate check."**

15       Q.    Okay.

16       **A.    The examination says, "Vital signs normal.**

17  **200 weight -- 31 BMI" --**

18       Q.    Okay.  Before we go on, I don't want to

19  ask too many questions about non-back complaints.

20  Are all of the notes on Plaintiff's Exhibit 16

21  related to Mr. Buchanan's prostate check request?

22       **A.    Yes.**

23       Q.    Are any entries in Plaintiff's Exhibit 16

24  related to complaints of pain or back pain?

25       **A.    No.**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 47

1      Q.   Can you tell me -- so we have the

2    subjective.  Is there an objective finding on here?

3      **A.   Yeah.  I mean, related to 2, it**

4    **says -- one was about his weight because he was**

5    **concerned about prostate cancer.**

6      Q.   Okay.

7      **A.   So I was trying to explain that weight is**

8    **the main goal also, and he wanted a prostate exam,**

9    **and that's what number 2 subjective -- I want a**

10   **prostate check on 15.  No complaints.**

11           **So examination.  External rectal**

12   **examination, normal.  Bimanual.  Normal prostate.**

13   **Stool negative for occult blood.**

14     Q.   And, Doctor, in your time -- the one or

15   one and a half days a week you spent at Menard, did

16   you ever make it to the gymnasium where inmates

17   would exercise or lift weights?

18     **A.   No.**

19     Q.   Are you aware of there being -- let me

20   start over.

21           Do you know, one way or the other, if

22   inmates at Menard are allowed to exercise using free

23   weights?

24     **A.   I never asked that, but I guess.  Every**

25   **prison has a gym, I thought, you know.**

**Vipin Shah, M.D.**
**October 29, 2020**

Page 48

1      Q.   I understand they have a gym.  Do you know

2   if they have weight machines where the weights are

3   encapsulated within the machine, or do you know if

4   they have racks with dumbbells and free weights?

5      **A.   I have no idea, sir.**

6              MR. HATCHER:  Okay.  Sir, if you can

7   indulge me for one second, I'm going to review my

8   notes.

9          (Whereby a short break was taken.)

10             MR. HATCHER:  Doctor, I think those

11   are all my questions.  Thank you.

12             THE DEPONENT:  You're welcome.

13             MS. MELZER:  I have no questions for

14   you, Doctor.

15             THE DEPONENT:  Thank you very much.

16             MS. MELZER:  Thank you very much for

17   your time.

18             Off the record.

19          (Whereupon there was a short discussion

20   off the record.)

21             THE DEPONENT:  I waive.

22             MS. MELZER:  He waives.

23

24          (Deposition ended 1:50 p.m.)

25

**Vipin Shah, M.D.**
**October 29, 2020**

Page 49

1

2                    CERTIFICATE OF REPORTER

3                    I, Ann Marie Hollo, Certified

4      Shorthand Reporter, Registered Diplomate Reporter

5      and Certified Realtime Reporter, within and for the

6      State of Illinois, do hereby certify that the

7      witness whose testimony appears in the foregoing

8      deposition was duly sworn by me; the testimony of

9      said witness was taken by me to the best of my

10     ability and thereafter reduced to typewriting under

11     my direction; that I am neither counsel for, related

12     to, nor employed by any of the parties to the action

13     in which this deposition was taken, and further that

14     I am not a relative or employee of any attorney or

15     counsel employed by the parties thereto, nor

16     financially or otherwise interested in the outcome

17     of the action.

18

19

20     _____

21     Certified Shorthand Reporter
       State of Illinois

22

23

24

25

Vipin Shah, M.D.
October 29, 2020

**A**

**a.m** 45:22
**ability** 49:10
**able** 22:21 28:9
  40:2
**action** 49:12,17
**add** 41:18
**administration**
  43:22
**administrator**
  14:21 15:2
**afternoon** 3:11
  3:12 5:15,16
**age** 5:10
**ago** 23:10
**agree** 20:16
  21:25
**AGREED** 5:1
**allowed** 47:22
**Alton** 7:1 9:25
**Ann** 1:23 3:14
  4:17 5:4 49:3
**answer** 13:22
  15:13,15,16
  16:12 18:16
  20:17 22:8
  24:23 25:7,15
  36:1 37:11
  42:1
**anybody** 13:11
**anymore** 8:21
**apologize** 23:4
  29:12
**appears** 42:3
  49:7
**appointments**
  33:5
**appreciate** 5:23
  7:8 15:13
**approximately**
  12:21 13:4
**area** 15:4,4 16:9
**argue** 25:9
**arrive** 11:23
**asked** 47:24

**asking** 22:6 26:8
**assumes** 22:3
**attached** 2:13
**attend** 16:17
**attorney** 49:14
**available** 44:23
**Avenue** 4:10
**aware** 25:20
  47:19

**B**

**B40627** 21:5,7
  24:7,10
**back** 8:24 35:11
  35:16,18 37:3
  38:21,24 39:2
  46:24
**background**
  6:12 7:8
**Baroda** 7:15
**based** 12:8 20:16
  21:23 35:19
  36:8,22,25
  43:3,10 46:8
**basing** 41:17
**basis** 12:9,14,18
  13:9,13
**Bates** 29:6,8
  43:24
**began** 23:6
**beginning** 10:12
**behalf** 1:18 5:11
**believe** 26:13
  35:22 36:22,25
  42:7,21,21
**believed** 41:10
**best** 49:9
**Bimanual** 47:12
**bit** 6:11
**blocked** 21:2
**blood** 47:13
**BMI** 46:17
**board** 10:7,9,10
  10:13,15
**boards** 10:10

**bottom** 29:9
  43:25
**box** 21:17,18
  26:1,20 27:11
  44:12
**boxes** 44:4,15
**break** 12:22
  41:21 48:9
**Brian** 1:4 3:2,17
  16:22 21:3
  22:15 24:3
  26:5 43:23
**briefly** 7:11 35:2
**bring** 19:8,9,15
  19:17,19 20:13
  20:18
**brought** 20:14
**Buchanan** 1:4
  3:2,17 16:22
  21:3,25 22:16
  24:3,12 26:5
  26:19 34:19
  36:11,23 37:16
  39:4 41:10
  43:23 45:16
**Buchanan's**
  34:4 37:3 46:9
  46:21
**bunch** 23:4

**C**

**C** 4:1
**call** 20:6 21:11
  24:19,24 25:3
  25:11,21,22
  27:2
**called** 7:15 8:19
  8:19,25 18:20
  24:21,24,25
**calls** 13:20 16:11
  18:14 22:18
  26:10 35:25
  41:24
**cancer** 47:5
**Carbon** 4:19

**care** 10:4,5
**career** 7:8
**Case** 1:8 3:4
**cause** 3:15 38:23
  39:1
**Center** 3:13
  12:20
**certain** 3:15
  33:5
**CERTIFICATE**
  49:2
**certifications**
  10:8,13
**Certified** 5:4
  49:3,5,21
**certify** 49:6
**change** 39:16
**chart** 17:22 18:1
  18:3,7,10,21
  19:15,17 20:1
  20:7,10,15,18
  21:18,20 22:22
  24:13 26:6,19
  30:4 31:2
  33:15 37:5
**charts** 19:9,19
  19:22 20:1
**check** 46:14,21
  47:10
**checking** 43:1
**Chicago** 6:19
  8:18 9:5
**Chinatown** 8:21
**chopped** 28:8
**circle** 27:23
**City** 6:8
**clear** 29:13 33:1
**clearly** 5:23
**Clinic** 8:25
**CMS** 12:5
**colleague** 28:7
**College** 7:15
**column** 28:7,8
  28:10
**combined** 9:15

**comes** 14:20
**comfortable**
  43:9
**company** 12:5
**complaint** 40:10
  40:18
**complaints**
  46:10,19,24
  47:10
**complete** 7:13
**completely** 39:9
**concerned** 47:5
**conducted** 30:7
  30:9,12,14,17
  30:20,22,24
**consider** 40:9,16
**constant** 11:6
**consult** 32:15
**continue** 31:3,7
  31:22 32:5
  34:1 41:14,18
  41:19 42:4,24
  43:8
**continued** 37:7
**continuing** 43:9
**control** 14:25
  16:17
**copy** 2:14 17:8
  29:2 35:2
**correct** 9:7,9
  17:3 21:9,11
  21:18 24:7,14
  31:15 35:16
  38:18,21 41:4
  45:19
**correction** 29:15
**Correctional**
  3:13 12:20
**corrections** 7:3
  7:6 11:1,8 16:5
  18:12 23:8,13
**correctly** 11:2
  14:23 21:15
**counsel** 5:2,2
  49:11,15

Vipin Shah, M.D.
October 29, 2020

Page 51

couple 7:10 9:22
court 1:1 2:13
  3:1,16 4:16,18
  5:25 15:14
Creek 4:18
CRR 1:23 3:15
  4:17
CSR 1:23 3:15
  4:17,17
CT 31:7
currently 10:7
  10:10

**D**
date 39:10 45:21
dated 24:16
  35:12 38:17
day 3:13 12:24
  12:25 17:1
  26:16 29:18
  42:23
days 12:22 13:4
  17:2 44:20
  47:15
DEC 27:7
December 6:17
  22:1 27:10
  34:18 35:21
  37:18,18 38:18
  41:7,22 42:7
  44:21,21
decided 7:4
Defendants 1:12
  3:6,19 4:8 5:3
delta 39:15
department
  10:25 11:8
  16:4 18:11
  20:4,13,14
  23:7,13
DEPONENT
  6:8 13:23
  16:13 18:17
  22:9,20 29:10
  36:2 42:2

48:12,15,21
deposes 5:11
deposition 1:17
  3:9 5:3,12,18
  28:24 35:4
  45:5 48:24
  49:8,13
describes 38:11
different 9:14
  12:5 20:4
  29:15 32:1,1
  32:17 33:14
  40:15
Diplomate 49:4
DIRECT 5:13
direction 49:11
director 12:10
  13:17,24 14:2
  14:4,9,14,18
director's 20:12
disagree 20:16
  21:25
Discontinue
  33:21,23
discussed 33:20
discussion 48:19
dispute 37:16,21
distance 5:20
DISTRICT 1:1
  1:2 3:1,1,16,17
disturbance
  39:7,8,16,21
  39:22,25 40:9
DOC 33:2
doctor 6:11 7:7
  14:21 17:20
  22:12,24 25:19
  28:23 29:4
  31:1 32:19
  35:6,11 36:17
  37:6,14,15,23
  38:5 40:20
  41:2 43:12,21
  45:4,11 46:7
  47:14 48:10,14

doctors 10:4
document 22:6
documents
  28:18
doing 9:13,24
  43:1
DON 14:12,13
  14:14,17,21
  15:1
Dr 6:4 13:10,10
  13:12,14,17
  22:1,14 25:10
  27:24 29:12
  30:15
due 27:9
duly 49:8
dumbbells 48:4

**E**
E 4:1,1
earlier 28:24
early 7:5 13:9
education 7:8
educational 6:12
either 25:25
  26:1 34:19
  37:4,11 39:16
else's 19:16
Elwood 9:1
employed 49:12
  49:15
employee 9:7,10
  11:7,11,17,24
  16:3,4,6 49:14
employees 19:9
employers 9:13
employment
  12:17
encapsulated
  48:3
encounter 19:24
  20:6 22:15
  38:14,17,20
  46:4,6
ended 48:24

enter 39:20
entered 6:14
  7:19,22 10:14
  24:7,10 39:20
entries 24:13
  44:18 45:24
  46:23
entry 27:6,17
  28:2,3 29:6
  32:10 40:8
  44:4,9,13
established 22:5
evidence 22:4
exactly 28:14
exam 27:9 47:8
examination
  5:13 46:16
  47:11,12
examined 3:10
  5:10 37:6
excuse 15:15
exercise 47:17
  47:22
exhibit 2:7,9,10
  17:5,21 18:10
  18:24 20:21
  21:24,24 22:13
  23:1,19 24:14
  28:25 29:5,17
  31:23 32:1
  35:2,3,7,11
  36:9,21 37:25
  38:5,7 40:21
  41:3 43:17,18
  43:22 45:6,12
  46:9,20,23
exhibits 2:6,12
  36:19
expire 34:25
  41:15
expiring 42:25
explain 47:7
expressly 5:7
extent 25:5
External 47:11

**F**
face 5:24
facility 32:25
  33:2
fact 26:4,5 35:19
facts 22:4
Fair 25:16
familiar 23:14
  24:18
family 10:2
far 13:16
February 13:3
  36:12
felt 34:10 43:4,9
fifty 3:12
financially
  49:16
finding 40:10,11
  40:13,17 47:2
finished 7:25
first 16:1 17:13
  22:7,25 23:3,6
  23:18 24:13
  26:19,22 27:1
  29:23 37:10,10
  39:13
five 24:3,6,7,10
  24:13 26:6,15
  26:16,17 44:4
Floor 4:11
FOLEY 4:3
follow-up 33:11
follow-ups 32:20
following 42:16
foregoing 49:7
forgot 34:11
form 18:13 22:3
  22:17 25:5
  34:12 35:24
foundation 22:3
  22:4,19
four 10:4 24:3
  24:10 44:3
fourth 21:24
free 47:22 48:4

Vipin Shah, M.D.
October 29, 2020

**full** 6:3 12:9,19
**further** 49:13
**fusion** 38:21,24
39:2

---

**G**

**gabapentin**
21:14 27:3,12
27:18,22 34:15
34:16,20 37:15
41:22 42:7
44:4,13,23
**gait** 39:7,8,15,20
39:22,25 40:2
40:4,5,9
**general** 8:11,13
42:12
**generally** 45:25
46:5
**geographical**
15:4
**getting** 34:12,14
36:5 41:15,19
41:21
**Ginger** 4:18
**give** 27:10
**Glen** 4:19
**go** 26:17 32:20
44:3,7 45:23
46:18
**goal** 47:8
**going** 5:17 16:10
22:2 25:4
28:23 35:1,4
37:23 43:12
45:4 48:7
**GONTARD**
4:10
**good** 5:15,16
36:5
**graduated** 6:14
**group** 6:22 8:25
9:20 10:3
**guess** 22:9,21
37:7 47:24

**guy** 23:5
**gym** 47:25 48:1
**gymnasium**
47:16

---

**H**

**half** 12:25 13:7
17:2 47:15
**hand** 17:7 25:25
28:23 35:2
37:23 40:20
43:12 45:4
**handed** 17:20
29:4,5 38:5
**handwriting**
29:18,19,21
45:11,14,19
**hang** 37:24
**Hanley** 4:4
**Hatcher** 2:2 4:3
5:14,17 6:5,10
7:22,24 14:1
16:15 17:7,14
17:17,19 18:22
22:11,23 25:8
25:16,18 26:12
26:24 28:16,21
28:22 29:1,3
29:11 35:8,10
36:7 38:1,4
40:22 41:1
42:5 43:13,16
43:20 45:7,10
48:6,10
**Hawkins** 30:20
**HCU** 17:21,25
18:3,7,10
24:12 26:6
**health** 6:25 11:8
11:10,12 15:2
**hear** 5:20 11:1
14:23 34:22
**heard** 25:10,12
25:13
**held** 10:13

**helpful** 5:24
**helping** 12:12
**highlighted** 17:9
17:15
**highlights** 17:10
17:11,13
**hold** 10:7,10,19
32:14,16,24
33:9,20,21,24
**holding** 28:16
**Hollo** 1:23 3:15
4:17 5:4 49:3
**Holly** 30:20
**hospital** 6:18,20
8:18,20 9:8,10
**hospitalist** 6:21
8:17,17 9:6
**hours** 3:11

---

**I**

**idea** 13:23 19:18
26:3 48:5
**identification**
17:6 43:19
**Illinois** 1:2 3:1
3:14,17 4:17
4:19 6:25 7:1
9:25 10:17,20
23:7,13 29:6,9
35:9 38:2
40:23 43:25
45:8 49:6,21
**including** 16:9
**INDEX** 2:6
**India** 6:13,15
7:14 8:24,24
**indicate** 26:7
**indication** 30:13
30:18,23
**Indirectly** 14:12
**individually**
7:11
**indulge** 48:7
**industrial** 6:22
9:11

**industry** 8:25
9:16,21
**initials** 44:15,17
**injuries** 9:12
**inmate** 19:14,20
19:22,24
**inmate's** 20:17
20:19
**inmates** 17:3
19:13 47:16,22
**inpatients** 9:8
**institution** 32:17
**interested** 49:16
**interfere** 20:4
**internship** 6:15
6:18 8:5,7
**intervention**
38:11
**issue** 14:20

---

**J**

**jacket** 27:16
28:21 30:5,7,9
30:12,14,17,19
30:22,24 31:2
31:18,20,21
34:4 35:20,23
36:23 37:1
42:16
**January** 13:3
36:5,14,15,16
36:17 37:19
46:10
**Johnson** 15:25
16:2,3
**Johnson's** 16:1
**joined** 6:22,24
8:25 9:11,21
**JR** 27:12,15,21
28:20

---

**K**

**K** 6:4,9
**Kansas** 6:8
**Katherine** 4:9

17:8,9 25:8
29:1 35:9 38:1
40:22 45:7
**kite** 23:14,15,16
**kmelzer@san...**
4:12
**knew** 20:12
**know** 12:2 13:16
13:16,22,25
16:1,12,14
17:1,25 18:9
18:16,19,20
20:3,10,11,13
20:22 22:10
23:22,25 24:20
24:21 26:4,5
26:21 27:8,15
28:5 29:7 32:3
32:6 33:6 36:1
37:7 38:6
39:12 41:20
43:25 44:20,25
45:3 46:5
47:21,25 48:1
48:3
**knowledgeable**
25:23

---

**L**

**L-O-U-I-T** 8:20
**label** 29:8
**labeled** 29:6
43:24
**lacks** 22:3,18
**larger** 15:4 16:9
**late** 13:9
**lawful** 5:10
**leave** 32:24
**left** 11:16
**license** 10:22,22
**licensed** 10:16
10:19
**licenses** 10:20
**lift** 47:17
**line** 18:18 26:22

27:1 30:4 33:9 44:12
**list** 42:4
**listed** 24:3,12 26:6
**little** 6:11 40:14
**look** 23:2,18 24:2 32:15 36:9
**looking** 22:13 29:17 36:2 46:8
**looks** 29:18 38:20
**loudly** 5:22
**Louis** 4:5,11 8:19
**Luke** 6:20

**M**

**M** 4:3
**M.D** 1:17 3:9 5:9 29:25,25 30:1 30:2 32:25 45:18 46:11
**machine** 48:3
**machines** 48:2
**main** 47:8
**maintain** 40:2
**making** 39:19 40:8
**manager** 15:1,9 15:11,12,18,21 16:8,8
**managers** 14:22 14:24
**MANSFIELD** 4:3
**Marie** 1:23 3:14 4:17 5:4 49:3
**mark** 26:20 43:16
**marked** 17:5,20 28:24 32:1 35:3,6 37:24

40:21 43:18 45:5
**Mary's** 6:18
**mask** 5:19
**MDNOR** 29:24
**mean** 24:20 25:9 26:14 29:24 39:25 47:3
**meaning** 32:25
**means** 14:18 27:8,15 32:24 39:13 41:14 46:11
**meant** 44:20
**med** 31:17,17
**medical** 6:13,14 7:13,15,19,21 7:22,25 8:20 10:4 12:10 13:17,24 14:2 14:4,9,18 19:15 20:12,14 32:8,13,13,24 33:9,20,21,23
**medication** 43:22
**medicine** 10:23 37:7 41:19 43:2
**meeting** 14:19 14:21,24 15:5 15:7,10 16:18
**meetings** 15:3 15:17,19
**Melzer** 4:9 7:20 13:20 16:10 17:12,16,18 18:13 22:2,17 25:4,13 26:10 26:23 28:13 29:8 35:24 38:3 40:24 41:24 43:15 45:9 48:13,16 48:22

**member** 9:18
**Menard** 11:18 11:21,23 12:2 12:8,9,13,17 12:23 13:5,9 13:13,18,19 16:9,18 17:1 17:14 18:6,12 18:25 19:7,14 19:20,24 20:7 20:22 21:24 23:19,23 26:2 32:25 43:23 47:15,22
**mental** 6:25 15:2
**mentioned** 7:17
**middle** 6:5
**mild** 42:11
**minutes** 3:12
**mishear** 25:17
**misheard** 25:12
**missed** 7:18 24:23
**Missouri** 4:5,11
**mix** 40:19
**MOHAMMED** 1:10 3:5,18
**month** 12:23 13:1 14:19,23
**monthly** 15:3,17 16:17
**months** 34:2 36:4,12 37:2
**move** 7:18 16:20 32:16 33:2,13 37:15
**movement** 17:22 18:1,3,7,10,20 24:13 26:6
**moving** 37:14

**N**

**N** 4:1
**N-O-T-E** 29:25
**N/A** 44:18

**name** 5:17 6:3,6 16:1 19:3 21:2 24:2 26:18 31:21 33:25
**named** 23:23
**names** 19:1
**necessary** 37:3 42:8,22 43:4
**need** 6:5 10:15 41:16 45:2
**needed** 35:17
**needs** 10:4,6 15:14 32:4 42:24 43:2,7
**negative** 47:13
**neither** 49:11
**nerve** 42:9,10
**neuro-lytic** 42:11
**Neurontin** 31:4 31:7,22 32:5 34:1,9,20 41:7 41:11,22
**never** 10:24 18:6 47:24
**new** 41:16 44:9 44:14
**NF** 32:9
**non-back** 46:19
**non-formulary** 31:4,8,12,13 31:15,22 32:5 32:10 34:11
**normal** 46:16 47:12,12
**North** 3:14
**notable** 39:8 40:9
**note** 22:5 29:25 30:1,2 31:10 31:13,16,18 32:2,4,6,7,12 32:19 33:1,8 33:14,15,18,20 34:19 38:17

39:21,23 45:18 46:11,11
**notes** 39:19 46:20 48:8
**nsc** 21:10 27:2 27:17
**number** 21:5 24:6,9,9 31:3 31:21 35:7 38:7 47:9
**nurse** 13:18 14:6 14:8 21:10 23:22 24:18 25:3,6,11,14 25:21,23,24,25 26:2,8 27:2 30:20 38:12,14 39:1
**nurses** 14:11,12 24:21 45:2,3
**nursing** 14:15 14:20 15:11 24:21,24 25:1 38:8,9,10,13

**O**

**o'clock** 3:11,12
**object** 16:10 18:13 22:2,17 25:4 35:24
**objection** 13:20 25:10,14,19 26:10 41:24
**objections** 25:9
**objective** 40:10 40:16 47:2
**occult** 47:13
**OCTOBER** 1:19 3:10
**Oh** 29:10
**okay** 5:20 7:7,23 8:8,16 9:3,6,17 10:7 11:4,7,15 11:18 12:4,11 12:13,21 14:14

Vipin Shah, M.D.
October 29, 2020

Page 54

15:6 16:7,20
16:20,25 17:7
18:23 19:5,5
20:2,5,16
23:10,12,18
24:2 25:2,24
26:4 27:6,11
28:12 29:10,23
30:1,4 31:12
31:14,19 32:6
32:9,18,22
33:4,17,19
34:3,14,17,24
35:1 36:8
37:23 39:24
40:3,14,20
41:20 42:19
43:12 45:21
46:8,15,18
47:6 48:6
**once** 14:23
**one-year** 6:18
  8:5,6
**opinion** 37:8,11
  37:13
**order** 26:1 32:13
  33:1 35:12,20
  35:22 36:3,3,4
  36:5,10 37:1
  41:3,6,9 44:9
  44:13,14
**orders** 21:20
  28:7,8,10
**original** 2:12,13
  29:2
**orthopedic**
  33:11
**outcome** 49:16
**outside** 32:14
**owner** 9:17

_____

**P**

**P** 4:1,1
**P.C** 4:10
**P.L.L.P** 4:3

**p.m** 5:12 48:24
**page** 2:1,7 17:13
  17:13 20:21
  21:24 22:13,25
  23:3,18 24:14
  39:7 43:24
  44:8
**pages** 17:15
**pain** 35:16,18
  37:3 38:23
  39:1,4 42:9,10
  42:11,11,11,12
  42:15 46:24,24
**paper** 18:18
  19:1 24:25
  26:1 38:10
**Parkway** 4:18
**part** 9:20 25:24
  28:8 37:10
**parties** 49:12,15
**passed** 26:7
**Paszkiewicz**
  4:18
**pathology** 8:13
  8:14
**patient** 16:23
  19:10,20,22,23
  19:25 20:1,6,6
  22:15 31:9,10
  31:14,20 33:1
  33:18 37:5
  38:11,14,15,17
  38:20 40:18
  41:19,21 43:1
  43:2 46:4,6,7
**patient's** 19:7
**patients** 10:3
  11:21 13:8,13
  16:25 17:3
  18:25 19:7,13
  23:7,13
**PE** 27:7
**pending** 3:15
**people** 9:12
  18:19

**person** 15:1,2,18
  19:4 40:6,7
**personal** 9:9
**PHOENIX** 4:10
**phonetic** 9:1
  31:17 42:11
**phrase** 39:20,24
**physical** 27:9
**physically** 19:19
**physicals** 9:13
  9:16
**physician** 6:21
  6:23,25 8:25
  9:9 10:2 12:12
  26:2 40:17
**piece** 18:25
**place** 15:7 16:14
  25:25
**Plaintiff** 1:6,18
  3:3,18 4:2 5:2
  5:11
**Plaintiff's** 29:5
  35:6 36:9 38:7
  41:2 45:12
  46:9,20,23
**plan** 33:13,19
**please** 6:3
**point** 12:7 23:12
  42:3
**pointed** 31:23
**portion** 17:10
  28:10
**position** 7:1
**practice** 6:16,23
  6:24 9:5,12,15
  9:18,18,21,22
  10:2,23
**practitioner**
  20:24 23:20,22
  23:23 26:2
**practitioners**
  13:19 14:6,8
**Presbyterian**
  6:19
**prescription**

21:13 27:3,18
  35:12,22 36:10
  41:3,6,13,15
  41:16 42:6,16
  43:6
**present** 20:7
**previously** 28:24
  35:3 37:24
  45:5
**primarily** 12:8
**Primary** 9:15
**prior** 18:4 30:13
  30:18,23 41:22
  45:5
**prison** 47:25
**private** 6:23 9:4
  9:18,18,22
**PRN** 7:6 11:14
  12:9,14,18
  13:9,13
**probably** 5:24
  13:7 34:10,21
  34:22 37:6
**problem** 21:8
  27:7,11 36:20
**process** 24:18
  25:2
**processes** 32:14
**produced** 3:10
  5:10 28:14
**prostate** 46:14
  46:21 47:5,8
  47:10,12
**protocol** 24:22
  25:1,3,11,20
  25:20,23,24
  38:8,9,10,13
**psych** 10:6
**psychiatrists**
  10:5
**purpose** 17:25
**pursuant** 28:15

_____

**Q**

**quality** 14:25

16:17
**question** 15:15
  18:14 19:11
  22:3,18 24:8
  25:5 26:20
  35:25 36:21
  40:14 42:13
**questioning**
  32:12
**questions** 2:1
  6:1 35:4 36:19
  46:19 48:11,13

_____

**R**

**R** 4:1
**racks** 48:4
**RDR** 1:23 3:15
  4:17
**RDR/CRR** 5:4
**read** 18:18 21:8
  21:10,15 28:9
  31:1 32:11
  33:10,21 39:9
  39:14,17 44:18
**reading** 29:9
**reads** 17:21
  20:25 21:3,10
  21:18,20 27:2
  27:7,12,17,23
  30:4 31:5 39:7
  40:9 44:9,14
  45:18
**really** 33:15
**Realtime** 49:5
**reason** 36:22,25
  37:16,21 42:19
**reasonable** 37:2
  42:8,22 43:4
**recall** 15:22
  16:22 18:23,25
  31:24
**receive** 37:17
**received** 31:24
  31:25
**receiving** 34:19

36:11 41:11
**recognize** 29:17
29:19 45:11
**recollect** 11:25
13:6 16:24
18:17
**recollection**
42:14
**record** 19:15
28:13 35:9
38:2,6 43:22
48:18,20
**recorded** 39:1
**records** 19:8,9
32:8 43:3
**rectal** 47:11
**redacted** 26:18
**reduced** 49:10
**Regardless**
42:19
**regional** 14:22
14:24 15:9,11
15:12,18,21
16:7
**Registered** 49:4
**related** 38:21
46:21,24 47:3
49:11
**relative** 49:14
**relevancy** 16:11
**remember** 42:2
**renew** 21:13
27:3,12,18
34:8
**renewal** 27:21
34:4
**renewed** 27:24
34:11
**renewing** 34:9
41:7
**report** 13:10,11
14:12
**reporter** 2:13
4:16 5:5,25 6:7
15:14 28:19

49:2,4,4,5,21
**Reporting** 4:18
**reports** 14:13,17
**represent** 17:9
29:2 39:14
40:23 43:21
45:8
**request** 21:13
27:3,18 46:21
**requested** 34:8
**residency** 6:19
8:9,10
**response** 28:8
**responsibility**
19:8,14,16
20:18,19 42:23
**responsible**
28:17
**retained** 2:12
**retirement** 7:5,5
**review** 27:16
28:21 30:5,8,9
30:12,14,17,19
30:22,24 31:2
31:18,20,21
32:19 33:1,8
33:16 34:3,4
35:20 36:23
37:1 42:16
43:3 48:7
**reviewed** 19:25
26:16 34:18
35:5,23
**reviewing** 37:5
**revoked** 10:23
**rhatcher@fol...**
4:6
**right** 8:1 20:9
21:17,19 22:12
24:11,15 26:18
27:5,6,20 30:3
30:6,11 31:2
33:24 37:13
38:16,19,22
39:6,10

**risk** 14:25
**Road** 4:4
**Robinson** 12:19
14:2,5,8,10,17
15:4,5,17,23
15:24 16:8
**role** 13:14,18
**roles** 14:6,10
**room** 20:11
**rotational** 8:11
**Route** 3:13
**routine** 43:1
**runs** 40:7
**Ryan** 4:3 5:17

---
**S**

**S** 4:1 46:11
**SANDBERG**
4:10
**saw** 18:6,19
19:13,25 39:22
**saying** 32:4,20
**says** 5:11 22:10
27:1 30:5 31:3
31:10,13,20,22
39:15 41:14,18
44:13 46:11,16
47:4
**scale** 39:4
**schedule** 18:11
22:1
**scheduled** 33:6
**school** 6:13,14
7:13,19,21,22
7:25
**second** 48:7
**see** 16:25 17:3
17:23 20:25
21:3,6,21,23
22:21 23:20,20
24:2,4,6,9,21
26:20 27:13,19
27:25 29:23
30:13,18,23
33:18,19 35:11

37:4 38:6
39:12 44:5,9
44:10,14,14,17
**seeing** 9:8,12
11:21 13:8,13
16:22 18:24,24
18:25 19:4,7
22:7 23:7,13
**seen** 18:3 19:4
23:24 26:1,8
**sent** 28:7
**sentence** 46:3
**separate** 28:24
33:2
**Services** 11:9,12
**Shah** 1:10,17 3:5
3:9,18 5:9 6:4
6:9 25:10
27:24 29:12
**short** 48:9,19
**short-circuited**
36:18
**shorthand** 5:4,5
49:4,21
**show** 15:9,18
**sic** 8:20,20
**sick** 21:11 24:19
24:24 25:3,11
25:21 27:2
**Siddique** 1:10
3:5,18 13:10
13:10,14,17
20:25 22:14
30:15
**Siddique's** 22:1
**side** 9:5
**sign** 19:1
**signature** 5:6
**signed** 18:19
**significant** 40:11
40:11,13
**signs** 46:16
**similar** 18:10
**simplest** 38:13
**sir** 5:15 6:2 8:4

10:21 12:15
14:3 29:20
36:14 42:10
44:2 45:13,15
45:17 48:5,6
**slash** 44:8
**slip** 25:25,25
26:8
**small** 8:18
**SOAP** 33:14,15
33:18
**somebody** 19:16
28:2,4 34:10
40:3 43:7
**somebody's**
42:24
**sorry** 10:18 24:8
24:23 37:8,9
38:25 40:12
46:2
**South** 4:4
**SOUTHERN**
1:2 3:1,16
**speaking** 5:22
**specifically** 9:24
31:25
**speculate** 13:21
16:11 18:15
22:6,18 26:11
35:25 41:25
**spend** 12:23
13:4
**spent** 47:15
**St** 4:5,11 6:18,20
**standard** 24:25
25:3,11,20,20
38:10
**stands** 40:7
**start** 6:21 11:19
11:25 12:1
30:8 36:24
40:4 47:20
**started** 6:20 7:2
7:20 9:4,21
10:2

Vipin Shah, M.D.
October 29, 2020

**Starting** 5:12
**state** 6:3,25 7:4
   9:25 10:16,20
   11:16 15:1,12
   28:14 49:6,21
**statement** 19:2
**states** 1:1 3:1,16
   6:17
**STIPULATED**
   5:1
**Stool** 47:13
**subject** 22:8
   25:7,15,19
**subjective** 40:10
   40:18 46:12
   47:2,9
**subpoena** 28:15
**subpoenaed**
   28:17
**suggestion** 33:11
   42:24
**Suite** 4:4
**supervisory**
   13:14,18 14:6
   14:10
**supposed** 26:15
**sure** 15:14,24
   19:12 25:17
   32:22 46:11
**surprised** 29:15
**suspended** 10:23
**sworn** 3:10 5:10
   49:8

**T**

**take** 15:14
**taken** 1:18 5:3
   32:3 48:9 49:9
   49:13
**talking** 17:12
   26:21 29:7
   34:15,16 40:3
   40:5,6
**tell** 6:11 22:14
   23:6 45:21,23

45:24 46:8
   47:1
**telling** 32:23
   36:8
**term** 23:14
**terms** 38:14
**testimony** 49:7,8
**thank** 7:7,16,23
   8:2 17:18
   20:20 22:12,24
   36:17,19 37:14
   38:3 40:24
   45:9 48:11,15
   48:16
**thereto** 49:15
**thing** 34:9
**things** 26:15,16
   26:17
**think** 15:8,25
   16:13 18:18
   25:9,10 36:18
   38:8 43:13
   48:10
**thought** 47:25
**three** 24:3,10
   36:4,12 37:2
   44:3
**three-month**
   8:23
**three-quarters**
   44:8
**time** 5:12 7:3
   10:15 11:20
   12:6,7,10,19
   12:20 13:6
   22:7 34:10
   39:10 41:10
   43:23 47:14
   48:17
**times** 24:4,6,7
   24:10 26:6
**today** 5:18 18:4
   22:7
**told** 7:12
**top** 17:21 20:24

36:3 41:2
   45:18
**tramadol** 21:14
   27:4,18 34:4
   34:15 35:14
   36:10,11 37:1
   37:17
**transcribed** 5:5
**transcript** 2:14
**treating** 19:23
   42:15
**treatment** 37:3
   42:8 43:5
**true** 11:21 19:2
   20:8,11 30:10
   34:20 38:15,24
   39:2,5,8 42:22
   43:5,6
**trying** 23:4 47:7
**turn** 19:5 20:21
   22:25 43:24
**two** 6:19 24:3,10
   27:10 44:3
**two-year** 8:9
   27:7
**type** 8:10 38:6
   42:14 45:25
   46:4
**typed** 32:7
**typewriting** 5:6
   49:10

**U**

**U.S** 8:3 10:12
**Uh-huh** 46:13
**Ultram** 34:5
   37:17
**undergo** 8:11
**underneath**
   27:21 33:23
**understand**
   19:11 28:17,20
   32:22 46:3
   48:1
**understanding**

34:13,17
**understood**
   29:16
**UNITED** 1:1 3:1
   3:16
**use** 24:25
**usually** 12:24
   32:7 41:18

**V**

**vacation** 8:23
**Vague** 18:14
**Vandalia** 3:13
   3:14
**Vipin** 1:10,17
   3:5,9,18 5:9
   6:4,9
**visit** 19:8,15
   20:8 33:12
   45:25
**visits** 19:20
**Vital** 46:16
**VON** 4:10
**vs** 1:8 3:4

**W**

**W-E-I-T** 8:20
**waive** 48:21
**waived** 5:7
**waives** 48:22
**walks** 40:6,7
**want** 5:25 12:22
   46:14,18 47:9
**wanted** 7:4
   25:17 31:9
   32:15 47:8
**wants** 31:3,5,7
   31:11 32:4,15
   33:3
**warden** 14:21
   15:1
**Washington**
   4:10
**way** 18:9 20:7
   22:14 37:4,12

40:6,7 41:20
   44:25 47:21
**we'll** 16:20 20:5
**We're** 37:14
**we've** 17:20
**wearing** 5:19
**week** 12:23 13:1
   13:2,4 17:1,2
   47:15
**weight** 46:17
   47:4,7 48:2
**weights** 47:17,23
   48:2,4
**Weiss** 8:19
**welcome** 48:12
**went** 7:6,17 8:24
   8:24 17:1
**west** 9:5
**Western** 29:5,9
   35:9 38:2
   40:23 43:25
   45:8
**Wexford** 11:8
   11:10,11,13,17
   11:20,23 12:20
   15:12 16:4,6
   18:11 19:9
**wise** 23:5
**witness** 5:6
   13:21 18:14
   22:18 26:11
   35:25 41:25
   49:7,9
**work** 7:6 8:17
   9:12 12:6,8
   13:24
**work-related**
   9:16
**worked** 8:16,22
   9:1,10 11:3,5,5
   11:13,14 12:2
   12:9,12 23:2,3
**working** 6:15,20
   7:2 9:7 11:20
   12:13,17,19

Vipin Shah, M.D.
October 29, 2020

wouldn't 42:20
  43:5
write 28:2,3
  33:24 34:11
  39:22 41:13,16
writing 30:2
  39:24 40:1
written 31:1
  42:20,25 43:6
wrong 21:9
wrote 32:6 41:6
  41:9 42:6,15
  42:19 43:7

**X**

**Y**

yeah 14:19
  25:13,22 27:9
  35:17 45:3
  47:3
year 6:15 23:6
years 6:19 9:22
  23:4,10,12
  27:10
Yes-notable
  39:15
Yolanda 16:2

**Z**

Zimmer 23:20
  23:23

**0**

00145 20:22
  21:25
084-003476 4:17

**1**

1 28:25 31:3
1/13/18 45:22
1:00 3:11 5:12
1:50 48:24
10 37:19 39:5
10/12 36:3
10/12/2017

36:10 37:2
101 4:4
11 29:5,17
11/3 33:12
12 22:1 34:1
  39:11 40:21
  41:3
12/12/2017
  30:24
12/20 27:24
  29:18
12/20/17 44:9
12/20/2017
  30:10,13,18,23
  42:17,20
12/21/2017
  24:16
12/6 21:13 27:2
  27:3,17 30:14
  30:19
12/7 30:14,19
12/8 30:15
12/8/2017 30:19
13 46:10
142 23:19
15 47:10
154 35:9
15th 4:11
16 45:6,12 46:9
  46:20,23
17 2:9 13:6
  29:19
176 40:23
19 2:9 17:5,16
  17:17,21 18:10
  18:24 20:21
  21:24 22:13
  23:1,19 24:14
  31:23 32:1
1966 7:18,18
1971 7:25
1973 8:3 10:13
1982 12:3 23:9
  23:10
1988 9:25

1994 11:13
19th 44:21
1st 44:21

**2**

2 35:2,3,7,11
  36:9,21 37:18
  39:7 47:3,9
20 2:10 42:7
  43:13,14,15,17
  43:18,22
200 10:3 46:17
2001 7:2 10:1
  11:1,5,13
2002 7:3 11:1,16
2017 12:13,17
  12:23 13:9,12
  15:22 16:16
  17:2 22:1
  30:15 34:18
  35:21 36:13,15
  37:18 38:18
  41:7,23 42:7
2018 13:3,9,12
  15:22 16:16
  17:2 36:6,16
  36:17 37:19
  46:10
2020 1:19 3:10
20th 34:18 35:21
  41:7,22
231-3332 4:12
250 10:3
26 4:18
29 1:19 3:10

**3**

3:19-CV-199-...
  1:8 3:4
300 34:1
307-9320 4:19
31 46:17
314 4:5,12
339 43:25
38 23:10,12

**4**

4 20:21 22:13
42 17:14
43 2:10
485 38:2
487 29:6
492 45:8

**5**

5 2:2
51 3:14

**6**

6 38:18
600 4:4,10 34:1
618 4:19
62034 4:19
62471 3:14
63101-1313 4:11
63105 4:5
66 6:14

**7**

7 39:4
71 6:14
73 6:17 8:6
74 8:7
75 8:9
76 8:9,19,22
78 6:24 8:22
  9:19 10:14

**8**

8 39:4
82 9:22 11:3
  23:9
84 9:4
85 9:2
87 9:23
88 6:24,24 7:2
  9:5,19,23

**9**

9 37:25 38:5,7
9/11/2017 35:12

35:20
9:00 45:22
925-5700 4:5
94 11:5